USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2020

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT
## Southern District of New York

Edgefield Holdings, LLC

Plaintiff(s),

V.

Einbinder & Dunn LLP

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:20-cv-00074-AT-SA

Notice is hereby given that, subject to approval by the court, __Einbinder & Dunn LLP__ substitutes
(Party(s) Name)

__Stephanie J. Blumstein__, State Bar No. __SB-1025__ as counsel of record in
(Name of New Attorney)

place of __Bernie E Hauder__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Einbinder & Dunn LLP
Address: 112 Madison Avenue, 8th Floor, New York, New York 10016
Telephone: (212) 391-9500     Facsimile (212) 391-9025
E-Mail (Optional): sb@ed-lawfirm.com

I consent to the above substitution.
Date: 1/6/2020
_____
(Signature of Party(s))

I consent to being substituted.
Date: 1/6/2020
_____
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 1/6/2020
_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 10, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]