AO 154 (10/03) Substitution of Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2020
```

# UNITED STATES DISTRICT COURT

Southern District of New York

Edgefield Holdings, LLC
         Plaintiff(s),

V.

Einbinder & Dunn LLP
         Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:20-cv-00074-AT-SA

Notice is hereby given that, subject to approval by the court, **Einbinder & Dunn LLP** substitutes
(Party(s) Name)

**Michael Einbinder**, State Bar No. **ME-3930** as counsel of record in
(Name of New Attorney)

place of **Bernie E Hauder**.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Einbinder & Dunn LLP
    Address: 112 Madison Avenue, 8th Floor, New York, New York 10016
    Telephone: (212) 391-9500     Facsimile (212) 391-9025
    E-Mail (Optional): me@ed-lawfirm.com

I consent to the above substitution.
Date: 1/6/2020
                                                                   (Signature of Party(s))

I consent to being substituted.
Date: 1/6/2020
                                                   (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 1/6/2020
                                                 (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 10, 2020
      New York, New York
                                             ANALISA TORRES
                                             United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]