MICHAEL EINBINDER
TERRENCE M. DUNN*
RICHARD BAYER<sup>Δ</sup>

STEPHANIE J. BLUMSTEIN*
MACKENZIE L. DIMITRI
STELLA M. NAPOLITANO
MATTHEW H. LEE<sup>◊</sup>

KENNETH L. LEIBY, JR.<sup>Δ</sup>, of counsel
RICHARD L. HERZFELD, of counsel

*MEMBER NY, NJ and MA BARS
ΔMEMBER NY and NJ BARS
◊MEMBER NY and MA BARS

# EINBINDER & DUNN LLP

ATTORNEYS AT LAW

www.ed-lawfirm.com

STEPHANIE J. BLUMSTEIN

112 MADISON AVENUE
8TH FLOOR
NEW YORK, NY 10016
(212) 391-9500

sb@ed-lawfirm.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2020
```

February 26, 2020

**VIA ECF**
The Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: *Edgefield Holdings, L.L.C. v. Einbinder & Dunn, L.L.P.*
     Case No.: 1:20-cv-00074-AT

Dear Judge Torres:

  This firm is the named defendant and counsel in the above-captioned case, which was transferred to this court from the Northern District of Texas, Dallas Division. Your Honor issued orders on January 7, 2020 which required the parties to make several joint initial submissions by today. We are writing to advise that no attorney admitted to the Southern District of New York has appeared in this case on plaintiff's behalf with whom we may communicate to make these submissions. For the reasons more fully described below, we respectfully request that, pursuant to FRCP Rule 41(b), Your Honor issue an order to show cause why this case should not be dismissed for failure to prosecute and failure to comply with Your Honor's orders.

  This case was originally commenced in the Northern District of Texas, Dallas Division, on June 24, 2019, and subsequently transferred to this court on January 6, 2020 following a ruling on defendant's motion to dismiss for lack of personal jurisdiction. Your Honor entered an Initial Pretrial Conference Order on January 7, 2020, which, *inter alia,* ordered the parties to submit a joint letter and jointly proposed Case Management Plan and Scheduling Order by February 26, 2020, and to appear for an initial pretrial conference on March 4, 2020 at 11:00 a.m. (The parties were also ordered to submit a joint letter or executed Notice on Magistrate Judge assignment by February 26, 2020.) We substituted into this case as counsel for our prior Texas-based counsel. However, since the case transfer, plaintiff's Texas-based counsel, Charles W. Gameros, Jr. – who



we understand is not admitted in the Southern District of New York – has made no similar substitution of counsel. I sent an e-mail to Mr. Gameros on February 18, 2020 asking for the contact information for the attorney who would be representing plaintiff in this court, but I never received any reply. No attempt has been made to communicate with us concerning the joint initial submissions to be made per Your Honor's orders.[1]

Based on the foregoing, we respectfully request that plaintiff be ordered to show cause why this case should not be dismissed. We also respectfully request that, in the interim, the initial pretrial conference scheduled for March 4, 2020 at 11:00 a.m. be adjourned.

Respectfully,

/s/ *Stephanie J. Blumstein*
Stephanie J. Blumstein

cc: Charles W. Gameros, Jr. (via ECF and e-mail)

---

GRANTED in part, DENIED in part. The initial pretrial conference scheduled for March 4, 2020 is ADJOURNED to **April 13, 2020**, at **11:00 a.m.** The parties shall submit their joint letter and proposed case management plan by **April 6, 2020.**

It is further ORDERED that by **March 30, 2020**, Plaintiff shall obtain representation by an attorney admitted to practice in this court.

SO ORDERED.

Dated: February 27, 2020
New York, New York

ANALISA TORRES
United States District Judge

---

[1] The ECF Notices of Electronic Filing of Your Honor's orders confirm that the orders have been electronically mailed to Mr. Gameros.