MICHAEL EINBINDER
TERRENCE M. DUNN*
RICHARD BAYER^△

STEPHANIE J. BLUMSTEIN*
MACKENZIE L. DIMITRI
STELLA M. NAPOLITANO

KENNETH L. LEIBY, JR.^△, of counsel
RICHARD L. HERZFELD, of counsel

*MEMBER NY, NJ and MA BARS
△MEMBER NY and NJ BARS
◊MEMBER NY and MA BARS

# EINBINDER & DUNN LLP

ATTORNEYS AT LAW

www.ed-lawfirm.com

8TH FLOOR
NEW YORK, NY 10016
(212) 391-9500

sb@ed-lawfirm.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2020
```

April 1, 2020

**VIA ECF**
The Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Edgefield Holdings, L.L.C. v. Einbinder & Dunn, L.L.P.*
             Case No.: 1:20-cv-00074-AT

Dear Judge Torres:

      This firm is the named defendant and counsel in the above-captioned case. On February 27, 2020, Your Honor scheduled an initial pretrial conference to be held on April 13, 2020, at 11:00 a.m., and further ordered the parties to submit their joint letter and proposed case management plan by April 6, 2020. (Doc. No. 34) We are submitting this letter to respectfully request an adjournment of these dates due to the COVID-19 outbreak.

      As a result of the Governor's Executive Order ordering non-essential businesses like law firms to close, we are currently unable to access our case file in this matter maintained at our New York City office. We do not know when business activities in New York City might return sufficiently to normal to allow us to access them. Given this, any proposed discovery schedule would be manifestly difficult, if not impossible, for our office to comply with and would significantly prejudice our defense of this case. For this reason, we submit that there is good cause to adjourn the initial pretrial conference and related initial submissions (including those setting a discovery schedule) for at least the next two months.

      Prior to sending this letter, we contacted plaintiff's counsel and they consented to this adjournment. These dates were previously extended approximately one month by Your Honor's order dated February 27, 2020 (Doc. No. 34) because plaintiff's New York counsel had not yet



appeared in this case by the original date for joint initial submissions set by Your Honor. (This case was transferred from Northern District of Texas, Dallas Division.)

Based on the foregoing, we respectfully request that the initial pretrial conference, and the submission date for the parties' joint letter and proposed case management plan, each be adjourned for at least two months (with the possibility of additional adjournments as future conditions warrant).

Thank you in advance for your consideration of this application.

Respectfully,

/s/ *Stephanie J. Blumstein*
Stephanie J. Blumstein

cc: Dina Leah Hamerman, Esq. (via ECF)
Cassandra M. Vogel, Esq. (via ECF)
Charles W. Gameros, Jr., Esq. (via ECF)

GRANTED. The initial pretrial conference scheduled for April 13, 2020 is ADJOURNED to **June 16, 2020**, at **11:00 a.m.** By **June 9, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: April 1, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge