USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/5/2020__

# EINBINDER & DUNN LLP

### ATTORNEYS AT LAW

www.ed-lawfirm.com

MICHAEL EINBINDER
TERRENCE M. DUNN*
RICHARD BAYER<sup>Δ</sup>

STEPHANIE J. BLUMSTEIN*
MACKENZIE L. DIMITRI
STELLA M. NAPOLITANO

KENNETH L. LEIBY, JR.<sup>Δ</sup>, of counsel
RICHARD L. HERZFELD, of counsel

*MEMBER NY, NJ and MA BARS
ΔMEMBER NY and NJ BARS
◊MEMBER NY and MA BARS

112 MADISON AVENUE
8TH FLOOR
NEW YORK, NY 10016
(212) 391-9500

sb@ed-lawfirm.com

June 5, 2020

**VIA ECF**
The Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Edgefield Holdings, L.L.C. v. Einbinder & Dunn, L.L.P.*
           Case No.: 1:20-cv-00074-AT

Dear Judge Torres:

    This firm is the named defendant and counsel in the above-captioned case. On April 1, 2020, Your Honor scheduled an initial pretrial conference to be held on June 16, 2020, at 11:00 a.m., and further ordered the parties to submit their joint letter and proposed case management plan by June 9, 2020. (Doc. No. 38) We are submitting this letter to respectfully request a continued adjournment of these dates due to the COVID-19 outbreak.

    As set out in our April 1, 2020 letter (Doc. No. 37) which predicated Your Honor's April 1, 2020 order, we are currently unable to access our full case file in this matter maintained at our New York City office as a result of the Governor's Executive Order ordering non-essential businesses like law firms to close. We still do not know when business activities in New York City might return sufficiently to normal to allow us to access them. Given this, any proposed discovery schedule would be manifestly difficult, if not impossible, for our office to comply with and would significantly prejudice our defense of this case. For this reason, we submit that there is good cause to further adjourn the initial pretrial conference and related initial submissions (including those setting a discovery schedule) for the next two months.

    Prior to sending this letter, we contacted plaintiff's counsel and they consented to this adjournment. These dates were previously extended by approximately one month by Your Honor's order dated February 27, 2020 (Doc. No. 34) because plaintiff's New York counsel had



NEW YORK, NY • WHITE PLAINS, NY • MILLBURN, NJ

EINBINDER & DUNN LLP
June 5, 2020
Page **2** of **2**

not yet appeared in this case by the original date for joint initial submissions set by Your Honor. (This case was transferred from Northern District of Texas, Dallas Division.) These dates were then extended by approximately two months by Your Honor's order dated April 1, 2020 (Doc. No 38) because of the same issues outlined herein related to the COVID-19 outbreak.

      Based on the foregoing, we respectfully request that the initial pretrial conference, and the submission date for the parties' joint letter and proposed case management plan, each be adjourned for two months (with the possibility of additional adjournments as future conditions warrant).

      Thank you in advance for your consideration of this application.

      Respectfully,

      /s/ *Stephanie J. Blumstein*
      Stephanie J. Blumstein

cc:    Dina Leah Hamerman, Esq. (via ECF)
       Cassandra M. Vogel, Esq. (via ECF)
       Charles W. Gameros, Jr., Esq. (via ECF)

GRANTED. The initial pretrial conference scheduled for June 16, 2020 is ADJOURNED to **August 5, 2020**, at **11:40 a.m.** By **July 29, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 5, 2020
      New York, New York

                                 ANALISA TORRES
                                 United States District Judge